UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA L. SHEFFIELD o/b/o S.S.,

    Plaintiff,

vs.                                              Case No. 3:06-cv-1088-J-32HTS

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.
_____/

## **O R D E R**

This case is before the Court on Defendant's Unopposed Motion to Remand (Doc. 11) filed February 13, 2007. Defendant asserts that the audiotape of plaintiff's hearing before the Administrative Law Judge is inaudible and the Commissioner therefore seeks a remand to conduct a new hearing. Defendant has not yet responded to the Complaint.

Under the circumstances here, remand to the Commissioner is appropriate pursuant to sentence six of 42 U.S.C. §405(g) and 42 U.S.C. §1383(c)(3). See Melkonyan v. Sullivan, 501 U.S. 89, 100, 111 S.Ct. 2157, 2164 n.2 (1991) (noting that sentence six "authorizes the district court to remand on motion by the Secretary made before the Secretary has filed a response in the action").

Accordingly, after due consideration, it is hereby

**ORDERED**:

1.    Defendant's Motion to Remand (Doc. 11) is **GRANTED**.

2. Pursuant to sentence six of 42 U.S.C. §405(g) and §1383(c)(3), this cause is **REMANDED** to the Commissioner of Social Security to conduct a new hearing and to take such further steps as are necessary in this case.

3. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of February, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
Counsel of Record