UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


LINDA L. SHEFFIELD
o/b/o S.S., a minor,

    Plaintiff,

vs.                                   Case No. 3:06-cv-1088-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.
_____

**O R D E R**[1]

This cause is before the Court on the Motion for Entry of Judgment with Remand (Doc. #23; Motion). Defendant requests that the case be remanded "because upon further review of the medical and other evidence, the Commissioner has decided to issue a fully favorable decision." Motion at 1.

The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations)[.]" *Id.* at 2. It is represented counsel for Plaintiff has no objection to the Motion,

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #21).

*id.* at 1, and such a disposition is clearly within the Court's authority. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #23) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g), in order that the Commissioner may issue a fully favorable decision.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of September, 2008.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
    pro se parties, if any